UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| KERRY ALLEN, | ) | CASE NO. C09-0424-TSZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | REPORT AND RECOMMENDATION |
| | ) | |
| RICHARD PENNINGTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On March 31, 2009, plaintiff submitted to the Court for filing a civil rights complaint under 42 U.S.C. § 1983 together with an application to proceed with this action *in forma pauperis*. On April 6, 2009, the Clerk of Court sent plaintiff a letter advising him that his submissions were deficient in a number of respects and that his case would be subject to dismissal if the deficiencies were not corrected within thirty days. Among the deficiencies noted was that plaintiff's complaint was incomplete as it was missing page two. The Clerk provided plaintiff with a new complaint form and instructed that it be filled out and returned along with other requested documents.

On May 4, 2009, the Court received a number of additional documents from plaintiff,

REPORT AND RECOMMENDATION
PAGE -1

01 including another complaint.  Again, however, the complaint submitted by plaintiff was

02 incomplete.  Thus, on May 15, 2009, this Court issued an order directing plaintiff to submit an

03 amended complaint to the Court, using the Court's authorized forms, within thirty days.  On

04 May 21, 2009, the copy of the order directing plaintiff to complete the authorized complaint

05 form, which was mailed to plaintiff at his address of record, the King County Correctional

06 Facility, was returned by the post office with a notation indicating that plaintiff was no longer in

07 jail.  To date, plaintiff has not provided the court with a new address.

08       Because over sixty days have passed since mail directed to plaintiff at his address of

09 record was returned by the post office, and because plaintiff has not notified the court of his

10 current address, this action should be DISMISSED, without prejudice, for failure to prosecute

11 pursuant to Local Rule CR 41(b)(2).  A proposed order accompanies this Report and

12 Recommendation.

13       DATED this <u>13th</u> day of August, 2009.

14

15                              Mary Alice Theiler
                             United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2