UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| KERRY ALLEN, | ) | CASE NO. C09-0424-TSZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| RICHARD PENNINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This matter is DISMISSED, without prejudice, for failure to prosecute pursuant to Local Rule CR 41(b)(2); and

(3) The Clerk is directed to send copies of this Order to plaintiff at his last known address, and to the Honorable Mary Alice Theiler.

DATED this 18th day of September, 2009.

                                            Thomas S. Zilly
                                            United States District Judge